UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
Karen Marguerite Kreiner

CASE NO. 08-41638-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| KAREN MARGUERITE KREINER<br>8144 EAST MT. MORRIS ROAD<br>OTISVILLE, MI 48463-0000<br>SSN: XXX-XX-9918 | N/A | N/A | DEBTOR REFUND | 1737857 | 10/15/14 | $ 4,502.62 |

DATED: November 03, 2014

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0841638 00000 017414 1737857
CLERK OF US BANKRUPTCY COURT
% LISA HENEKA/ UNCLAIMED FUNDS
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 10/15/2014  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1737857

| | | | | | | |
|---|---|---|---|---|---|---|
| 0841638 | Karen Marguerite Kreiner | | | 4,502.62 | 0.00 | 4,502.62 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
535 Griswold St, Ste 111-615  
Detroit, MI 48226  
(313)967-9857

64-79 / 611

CHECK NO. 1737857  
SunTrust Bank

FOR Karen Marguerite Kreiner  
BK:0841638 ACCT:  
PRIN: 4,502.62 INT: 0.00

DATE Oct 15, 2014  
AMOUNT  
******4,502.62

PAY **4,502.62**  
FOUR COMMA FIVE ZERO TWO PERIOD SIX TWO  
Four Thousand Five Hundred Two And 62 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $4,502.62  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% LISA HENEKA/ UNCLAIMED FUNDS  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Karen Marguerite Kreiner

Debtor

CASE NO. 08-41638-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**KAREN E EVANGELISTA**
**439 SOUTH MAIN SUITE 250**
**ROCHESTER, MI 48307**

**Last Known Address for Debtor:**

**KAREN MARGUERITE KREINER**
**8144 EAST MT. MORRIS ROAD**
**OTISVILLE, MI 48463**

DATED: November 03, 2014

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226